**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| **BITCANARY, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2025 CV 00181-PDW-ARS** |
| | ) | |
| | ) | |
| **MINECORE, LLC,** | ) | |
| **SAAMAR SIDDIQUI and** | ) | |
| **GEORGE BALTES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF BITCANARY, LLC'S MOTION FOR JUDGMENT**

Now comes Plaintiff, BitCanary, LLC, by and through its attorneys, Michael Shacter of Shacter Law and states for its Motion for Judgment as follows:

1. On 7/29/25 Plaintiff filed its Complaint against Minecore, LLC. (Doc. #1).

2. On 8/14/25, Defendant Minecore was served. (Doc. #3).

3. Defendant has failed to answer or appear before this Court.

4. On 12/4/25, this Court entered a default against Minecore, LLC (Doc #11).

5. Attached as **Exhibit 1** is the Declaration of Diego-Martin Duro on behalf of Plaintiff in support of its motion for judgment.

6. Attached as **Exhibit 2** is the Declaration of Michael Shacter in support of attorney fees and costs.

7. Plaintiff requests that this Court enter or, in the alternative, direct the Clerk of the Court to enter a default against Minecore and set this matter for a hearing for a prove-up by affidavit as to Minecore.

WHEREFORE, Plaintiff BitCanary, LLC pray that this Court enter an order in favor of Plaintiff against Minecore for Judgment in the amount of 558,224.

**BITCANARY, LLC**

One of its Attorneys

Michael Shacter
Shacter Law and
1603 Orrington Ave., Suite 600
Evanston IL 60602
847-942-7208
mshacter@shacterlawfirm.com