**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| **BITCANARY, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2025 CV 00181-PDW-ARS** |
| | ) | |
| | ) | |
| **MINECORE, LLC,** | ) | |
| **SAAMAR SIDDIQUI and** | ) | |
| **GEORGE BALTES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF BITCANARY, LLC'S AMENDED MOTION FOR JUDGMENT**

Now comes Plaintiff, BitCanary, LLC, by and through its attorneys, Michael Shacter of Shacter Law and states for its Motion for Judgment as follows:

1. On 7/29/25 Plaintiff filed its Complaint against Minecore, LLC. (Doc. #1).

2. On 8/14/25, Defendant Minecore was served. (Doc. #3).

3. Defendant has failed to answer or appear before this Court.

4. On 12/4/25, this Court entered a Clerk's Entry of Default was entered against Minecore, LLC (Doc #11).

5. On 2/12/25, a Clerk's Entry of Default was entered against Saamar Siddiqui. (Doc 21).

6. Attached as Exhibit A is the Declaration of Diego-Martin Duro on behalf of Plaintiff in support of its Amended Motion for Judgment.

7. Attached as Exhibit B is the Declaration of Michael Shacter in support of attorney fees and costs.

8. Plaintiff requests that this Court enter a default against Minecore and Siddiqui. Copies of proposed judgment orders are attached.

WHEREFORE, Plaintiff BitCanary, LLC pray that this Court enter an order in favor of Plaintiff against Minecore for Judgment in the amount of $417,628.70 plus attorney fees in the amount of $14,423.75 for a total judgment in the amount of $432,052.45.

**BITCANARY, LLC**

One of its Attorneys

Michael Shacter
Shacter Law and
7321 Ridgeway Ave.
Skokie IL 60076
847-942-7208
mshacter@shacterlawfirm.com